PNK/2004R01060

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :       Criminal No. 06-695(AET)

v.                              :       18 U.S.C. §§ 286, 287 and 2.

GEORGE HERMAN RUTH, JR. and     :
WILLIAM ROBERT PILKEY           :       **INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting in Trenton, charges:

**COUNT ONE**
(Conspiracy to File False Claims)

RECEIVED
AUG 31 2006
AT 8:30_____M
WILLIAM T. WALSH
CLERK

At all times relevant to the indictment:

1. GEORGE HERMAN RUTH, JR., was a federal Bureau of Prisons inmate housed at Fort Dix Federal Correctional Institution.

2. WILLIAM ROBERT PILKEY, was a federal Bureau of Prisons inmate housed at Fort Dix Federal Correctional Institution.

3. The Internal Revenue Service ("IRS") was an agency of the United States responsible for the processing of individual income tax returns and collecting income tax payable to the United States.

SCHEME TO DEFRAUD

4. Defendants RUTH, PILKEY, and others prepared false United States Individual Income Tax Returns, in their names and the names of others, including other inmates or former inmates,

for tax years 2000 through 2003. These returns included some or all of the following types of false information or documents:

    a. False addresses, which disguised the fact that the purported return filers were inmates and which actually belonged to acquaintances of RUTH and PILKEY;

    b. False statements concerning income;

    c. False Forms 4852 -- Substitute for Form W-2, many purportedly related to subsidiaries of Adelphia Cablevision, which had recently filed for bankruptcy;

    d. False information about income;

    e. False information about income tax withheld from income; and

    f. False claims for refunds.

    5. RUTH and PILKEY mailed the false returns and supporting documentation to third parties, who then mailed the returns and other documentation to various IRS service centers around the country.

    6. The false tax returns filed by defendants RUTH and PILKEY demanded a total of approximately $356,000 in tax refunds.

    7. The IRS processed these returns resulting in actual refunds in the aggregate amount of approximately $57,000.

    8. Defendants RUTH and PILKEY instructed third parties to receive and deposit these fraudulent refunds from the IRS into accounts maintained at various financial institutions.

9. Third parties transferred some of the refunded money into the commissary accounts of RUTH and PILKEY.

10. From in or about January 2003 through in or about December 2004, in the District of New Jersey and elsewhere, the defendants

GEORGE HERMAN RUTH
and
WILLIAM ROBERT PILKEY

did knowingly and intentionally conspire and agree with each other and others to make and present claims upon and against an agency of the United States, namely: the IRS, which they knew to be materially false, fictitious and fraudulent, in that the defendants filed and caused to be filed approximately 175 Individual Income Tax Returns with the IRS, each of which claimed a refund of taxes, knowing such claims to be false, fictitious, and fraudulent.

In violation of Title 18, United States Code, Section 286.

## COUNTS TWO THROUGH THIRTY-TWO
(False Claims)

11. The allegations contained in paragraphs 1 through 9 are realleged and incorporated as if fully set forth in this paragraph.

12. On or about the dates indicated below, in the District of New Jersey and elsewhere, the defendants

GEORGE HERMAN RUTH
and
WILLIAM ROBERT PILKEY

did knowingly and intentionally make and present claims upon and against an agency of the United States, namely: the IRS, which they knew to be materially false, fictitious and fraudulent, in that the defendants filed and caused to be filed with the IRS the Individual Income Tax Returns as indicated below, each of which claimed a refund of taxes, knowing such claims to be false, fictitious, and fraudulent:

| COUNT | PURPORTED TAXPAYER | FILING DATE | RETURN | FALSE REFUND CLAIMED |
|---|---|---|---|---|
| TWO | Luis Rodriguez | 1/6/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,988 |
| THREE | Louis Rodriguez | 2/11/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,986 |
| FOUR | Luis Rodriquez | 2/11/04 | 2001 U.S. Individual Income Tax Form 1040EZ | $1,996 |

| COUNT | PURPORTED TAXPAYER | FILING DATE | RETURN | FALSE REFUND CLAIMED |
|---|---|---|---|---|
| FIVE | Louis Rodriquez | 4/15/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,131 |
| SIX | Jose Ferreras | 1/5/04 | 2001 U.S. Individual Income Tax Form 1040EZ | $2,162 |
| SEVEN | Jose Ferreras | 1/5/04 | 2002 U.S. Individual Income Tax Form 1040EZ | $1,967 |
| EIGHT | Jose Ferreras | 4/15/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,005 |
| NINE | Jose Ferreras | 2/11/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,991 |
| TEN | Jose Ferreras | 1/5/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,981 |
| ELEVEN | Fabricio J Bohorquez | 4/12/04 | 2002 U.S. Individual Income Tax Form 1040EZ | $1,993 |
| TWELVE | Fabricio J Bohorquez | 4/09/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,085 |
| THIRTEEN | Frank L Peitz | 2/11/04 | 2001 U.S. Individual Income Tax Form 1040EZ | $2,147 |

| COUNT | PURPORTED TAXPAYER | FILING DATE | RETURN | FALSE REFUND CLAIMED |
|---|---|---|---|---|
| FOURTEEN | Frank L Peitz | 2/11/04 | 2002 U.S. Individual Income Tax Form 1040EZ | $1,993 |
| FIFTEEN | Frank L Peitz | 4/15/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,065 |
| SIXTEEN | Alfonso Ortiz | 2/11/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,994 |
| SEVENTEEN | Alfonso Ortiz | 2/11/04 | 2001 U.S. Individual Income Tax Form 1040EZ | $2,157 |
| EIGHTEEN | Alfonso Ortiz | 2/11/04 | 2002 U.S. Individual Income Tax Form 1040EZ | $1,992 |
| NINETEEN | Alfonso Ortiz | 4/15/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,086 |
| TWENTY | Amir Bahador Khanbolooki | 2/18/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,990 |
| TWENTY-ONE | Amir Bahador Khanbolooki | 2/18/04 | 2001 U.S. Individual Income Tax Form 1040EZ | $2,143 |
| TWENTY-TWO | Amir Bahador Khanbolooki | 2/18/04 | 2002 U.S. Individual Income Tax Form 1040EZ | $1,998 |

| COUNT | PURPORTED TAXPAYER | FILING DATE | RETURN | FALSE REFUND CLAIMED |
|---|---|---|---|---|
| TWENTY-THREE | Amir Bahador Khanbolooki | 4/15/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,151 |
| TWENTY-FOUR | William R Pilkey | 1/5/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,986 |
| TWENTY-FIVE | William R Pilkey | 1/5/04 | 2001 U.S. Individual Income Tax Form 1040EZ | $2,256 |
| TWENTY-SIX | William R Pilkey | 11/13/03 | 2002 U.S. Individual Income Tax Form 1040EZ | $1,989 |
| TWENTY-SEVEN | William R Pilkey | 4/15/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,094 |
| TWENTY-EIGHT | Mauel Aguilar | 4/15/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,151 |
| TWENTY-NINE | Gregory Marshall | 2/10/04 | 2000 U.S. Individual Income Tax Form 1040EZ | $1,995 |
| THIRTY | Gregory Marshall | 2/7/04 | 2001 U.S. Individual Income Tax Form 1040EZ | $2,108 |
| THIRTY-ONE | Gregory Marshall | 1/20/04 | 2002 U.S. Individual Income Tax Form 1040EZ | $1,996 |

| COUNT | PURPORTED TAXPAYER | FILING DATE | RETURN | FALSE REFUND CLAIMED |
|---|---|---|---|---|
| THIRTY-TWO | Gregory Marshall | 3/22/04 | 2003 U.S. Individual Income Tax Form 1040EZ | $2,097 |

In violation of Title 18, United States Code, Sections 287 and 2.


_____
CHRISTOPHER CHRISTIE
United States Attorney

CASE NUMBER: _____

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

GEORGE HERMAN RUTH
and
WILLIAM ROBERT PILKEY

## INDICTMENT FOR

18 U.S.C. §§ 286, 287 and 2

A True Bill,

_____
Foreperson

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY
NEWARK, NEW JERSEY

PETER KATZ
ASSISTANT U.S. ATTORNEY
(609) 989-0565